```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 10288
   MILAGROS BERRIOS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5739


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/16/2004 and was confirmed 07/07/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  70.72%.

    The case was paid in full 07/18/2008.
------------------------------------------------------------------------
                                                 INTEREST      PRINCIPAL
CREDITOR NAME              CLASS      CLAIM AMOUNT    PAID         PAID
------------------------------------------------------------------------
US BANK NA                 CURRENT MORTG     .00       .00          .00
AT & T WIRELESS            UNSECURED    NOT FILED      .00          .00
ROUNDUP FUNDING LLC        UNSECURED      1426.14      .00      1008.54
ROUNDUP FUNDING LLC        UNSECURED      1276.98      .00       903.05
CAPITAL ONE BANK           UNSECURED OTH   605.16      .00       427.25
CAPITAL ONE BANK           UNSECURED      1018.66      .00       720.38
CAPITAL ONE BANK           UNSECURED      1132.55      .00       800.92
CAPITAL ONE BANK           UNSECURED      1305.88      .00       923.49
CONSECO FINANCE            UNSECURED    NOT FILED      .00          .00
CONTINENTAL CREDIT CORP    UNSECURED     10516.52      .00      7437.81
CENTER HOME FOR HISPANIC   NOTICE ONLY  NOT FILED      .00          .00
ECAST SETTLEMENT CORP      UNSECURED      1841.25      .00      1302.10
JKH FINANCIAL              UNSECURED    NOT FILED      .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED      2742.70      .00      1939.58
TARGET RETAILERS NA BANK   UNSECURED    NOT FILED      .00          .00
US BANK NA                 MORTGAGE ARRE   955.82      .00       955.82
TIMOTHY K LIOU             DEBTOR ATTY    2,391.40              2,391.40
TOM VAUGHN                 TRUSTEE                              1,109.68
DEBTOR REFUND              REFUND                                 363.05

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             20,283.07

PRIORITY                                          .00
SECURED                                        955.82
UNSECURED                                   15,463.12
ADMINISTRATIVE                               2,391.40
TRUSTEE COMPENSATION                         1,109.68
DEBTOR REFUND                                  363.05

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 10288 MILAGROS BERRIOS
```

```
                                ---------------    ---------------
TOTALS                              20,283.07          20,283.07
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE